158 A.3d 71

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Garnell GRANT, Petitioner**

**No. 256 EAL 2016**

Supreme Court of Pennsylvania.

September 22, 2016

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Donohue and Justice Mundy did not participate in the consideration or decision of this matter.